# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

March 11, 2026

| | |
|---|---|
| JOSE ADALBER VANEGAS DURAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSH JOHNSON, et al., ) <br> ) <br> Respondents. ) | Case No. CIV-26-00427-JD |

**ENTER ORDER:**

      The Court previously entered an Order on March 6, 2026 [Doc. No. 4], referring this case to Magistrate Judge Shon T. Erwin. The Court terminates the referral to Magistrate Judge Shon T. Erwin.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                    JOAN KANE, CLERK

                                    By:    /s/ Carol Ditta
                                                     Deputy Clerk