## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE ADALBER VANEGAS DURAN, )
                              )
           Petitioner,        )
                              )
v.                             )       Case No. CIV-26-00427-JD
                              )
JOSH JOHNSON, et al.,      )
                              )
           Respondents.     )

## ORDER

The U.S. Court of Appeals for the Tenth Circuit has not yet decided whether alien petitioners never inspected upon entry are subject to detention under 8 U.S.C. § 1225(b)(2)(A) or § 1226(a). Without the benefit of U.S. Supreme Court or Tenth Circuit guidance, the undersigned judge has previously considered the issue and ruled that these petitioners are subject to mandatory detention under § 1225(b)(2)(A). *See, e.g.*, *Montoya v. Holt*, Case No. CIV-25-01241-JD, 2025 WL 3733302 (W.D. Okla. Dec. 26, 2025); *Cano v. Holt*, Case No. CIV-25-01228-JD, 2026 WL 736461 (W.D. Okla. Mar. 16, 2026).

Because *Quiroz v. Mullin*, No. 26-6019 (10th Cir.) will provide precedent on this issue that this Court will follow, and in the interest of judicial economy and party resources, the Court issued a notice in this case and several other cases abating a decision pending *Quiroz*. *See* Notice [Doc. No. 13]. The Court asked for parties to file objections to the notice if they objected to the Court's course of action.

Petitioner in the above-captioned case objected ("Objection") [Doc. No. 15]. Upon consideration of the Objection, the Court requests to hear from Respondents. Respondents shall file a response to the Objection and the Court's Notice within 7 days, or by **June 12, 2026**. If Petitioner wishes to further be heard on this issue following any response, Petitioner shall promptly file a reply, but no later than **June 17, 2026**.

IT IS SO ORDERED this 5th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE