**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date:  June 25, 2026

| | | |
|---|---|---|
| JOSE ADALBER VANEGAS DURAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00427-JD |
| | ) | |
| JOSH JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ENTER ORDER:</u>**

The Court notes that Petitioner in this case has been granted voluntary departure. The parties are directed to confer through counsel and ORDERED to file a joint status report, **by Monday, June 29, 2026**, disclosing (1) whether the Department of Homeland Security has waived its right to appeal the order of voluntary departure; and (2) the parties' respective positions on whether this action is now moot. The report shall not exceed **five pages**.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK


By:   */s/ Carol Ditta*
         Deputy Clerk