# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE ADALBER VANEGAS DURAN,  )
)
        Petitioner,      )
)
v.                       )      Case No. CIV-26-00427-JD
)
JOSH JOHNSON, et al.,     )
)
        Respondents.    )

## <u>ORDER</u>

Before the Court is Petitioner Jose Adalber Vanegas Duran's ("Petitioner") Petition for Writ of Habeas Corpus. [Doc. No. 1]. Previously, the Court had abated adjudication of this matter in anticipation of the Tenth Circuit's ruling in *Quiroz v. Mullin*, No. 26-6019 (10th Cir. 2026). [Doc. No. 13].

In the interim, the Court noted that per the Executive Office of Immigration Review's Automated Case Information System, an immigration judge granted Petitioner an order of voluntary departure. *See* Executive Office of Immigration Review, *Automated Case Information System*, https://acis.eoir.justice.gov/en/ (last accessed June 29, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . ."). The Court ordered the parties to file a joint status report on whether this action is moot. [Doc. No. 20]. The parties filed a Joint Status Report confirming that both parties waived the right to appeal the voluntary departure order [Doc. No. 21-1 at 1–4], and both parties agree this action is now moot [Doc. No. 21 at 1–2].

For these reasons, the Court DISMISSES as moot and without prejudice the Petition for Writ of Habeas Corpus. [Doc. No. 1]. This dismissal also denies as moot the objections filed in this action. [Doc. No. 15]. A separate judgment will follow.

IT IS SO ORDERED this 29th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2